**PHIL NOLAND**
Attorney #010394
710 w Roosevelt Street
Phoenix, AZ  85007
Tel. (602) 252-1099
Fax. (602)252-6043
phil@philnoland.com

Attorney for Defendant Loflin

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | 19-CR-411-PHX-DJH |
|---|---|
| Plaintiff, | **Defendant's First Motion to Continue Sentencing** |
| v. | (Defendant Is Out Of Custody) |
| David Mirrion Loflin, | (Motion Unopposed) |
| Defendant. | |

Undersigned counsel, on behalf of David Mirrion Loflin, requests this Court to Order the continuation of the sentencing date setting of December 18, 2019, for three months.  The basis for this request is to allow Mr. Loflin to obtain mitigation information to be presented to the Court at the time of sentencing.

Assistant U.S. Attorney Monica Klapper has informed counsel that she does not oppose the above-requested continuance.

Excludable delay pursuant to 18 U.S.C. § 3161(h)(8)(A) should not occur as a result of this motion, or from an order based thereon, as Mr. Loflin is not pending trial. Should such delay occur, though, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Respectfully submitted this __18th__ day of October, 2019.

*s/Phil Noland*
Attorney for Defendant

I hereby certify that on this date I electronically transmitted this motion and attached proposed order to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF registrants: Monica Klapper, Assistant U.S. Attorney; and Corinne Underwood, Probation Officer